## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| SEAN DAVID ADAMS and | ) | |
| KASANDRA JEANETTE ADAMS, | ) | |
| | ) | BK    14-31182 |
| Debtors, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION, | ) | |
| AS TRUSTEE FOR SASCO MORTGAGE | ) | |
| LOAN TRUST 2005-WP4, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ANSELMO LINDBERG & ASSOC., LLC, | ) | |
| | ) | |
| Creditors. | ) | |

### MOTION TO WITHDRAW MOTION FOR CONTEMPT
### AND/OR SANCTIONS FOR VIOLATIONS OF DISCHARGE ORDER

COME NOW the Debtors, Sean and Kasandra Adams, by and through her attorneys, Law Office of Ronald A. Buch, L.L.C., and for their Motion to Withdraw state as follows:

1. On June 28, 2018, the Debtors filed a Motion for Contempt and/or Sanctions for Violation of Discharge Order.

2. The Debtors request the Motion for Contempt and/or Sanctions for Violation of Discharge Order be withdrawn with prejudice.

WHEREFORE the Debtors pray this Court grant their Motion to Withdraw Motion for Contempt and/or Sanctions for Violation of Discharge Order with prejudice and for such other relief as the Court deems necessary and proper.

SEAN & KASANDRA ADAMS,

By: /s/ Ronald A. Buch
Ronald A. Buch #6209955
Attorney for Debtors
Law Office of Ronald A. Buch, LLC
5312 West Main Street
Belleville, IL 62226
(618) 236-7000
belleville@tbcwam.com

**NOTICE OF ELECTRONIC FILING AND**
**CERTIFICATE OF SERVICE BY MAIL**

| | | | | |
|---|---|---|---|---|
| STATE OF ILLINOIS | ) | | BK | 14-31182 |
| | ) | SS | | |
| CITY OF BELLEVILLE | ) | | Chapter | 7 |

Jennifer Schweiger, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in St. Clair County, Illinois.

On August 3, 2018, Deponent electronically filed with the Clerk of the U. S. Bankruptcy Court the **Motion to Withdraw Motion for Contempt and/or Sanctions for Violation of Discharge Order**.

The Deponent served electronically **Motion to Withdraw Motion for Contempt and/or Sanctions for Violation of Discharge Order** to the following parties:

U.S. Trustee

Robert E. Eggmann

and served by mail to the following parties:

Anselmo Lindberg & Associates, LLC
c/o Thomas J. Anselmo, Reg. Agent & LLC Mgr.
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563

Anselmo Lindberg & Associates, LLC
c/o Steven C. Lindberg, LLC Mgr.
1771 W. Diehl Rd., Ste. 120

US Bank National Association, as Trustee for
SASCO Mortgage Loan Trust 2005-WP4
c/o Andrew J. Cecere, President
425 Walnut St.
Cincinnati, OH 45202

by depositing a true copy of same, enclosed in a postage paid properly addressed wrapper, in a Belleville City Branch, official depository under the exclusive care and custody of the United States Postal Service, within the State of Illinois.

By: /s/ Jennifer Schweiger