IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SEAN & KASANDRA ADAMS

vs

CASE NO  14-31182
CHAPTER:  7

DATE:  August 21, 2018
PLACE:  East St Louis

**PRESENT**:  Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**:  Ronald Buch

**COUNSEL FOR DEFENDANT:**

**PROCEEDINGS:**  Motion to Avoid Lien

**MINUTES OF COURT:**

Case is called for hearing on the debtors' Motion to Avoid Lien.  Ronald Buch appears telephonically.  Pursuant to the statements made in open court, the Motion was granted pursuant to an Order entered on August 17, 2018.  The Order on the Motion to Reopen, entered June 29, 2018, is enlarged to allow for the filing of the Motion to Avoid Lien.  The Court waives the filing fee for this enlarged reopening.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Kim Billhartz
Deputy Clerk

**NOTE:  THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR  RECORD KEEPING PURPOSES ONLY.  THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED.  CONSULT THE TRANSCRIPT OF  PROCEEDINGS FOR THE ACTUAL ORDER.**