# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE: | In Proceedings Under Chapter 7

Sean David Adams and Kasandra Jeanette Adams

BK 14–31182–lkg

Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–6102   xxx–xx–0425

# ORDER

This matter is before the Court *sua sponte*. On 6/29/18, the above captioned bankruptcy case was reopened. All pleadings and/or documents relating to the motion/petition to reopen have since been filed and/or processed, and the case may now be closed.

Accordingly, **IT IS ORDERED** that this case is CLOSED.

ENTERED: September 5, 2018         /s/ Laura K. Grandy
                                   UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Illinois

In re:                                                                                        Case No. 14-31182-lkg
Sean David Adams                                                                              Chapter 7
Kasandra Jeanette Adams
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0754-3          User: ch3                    Page 1 of 1                  Date Rcvd: Sep 05, 2018
                              Form ID: 239                 Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
db           #+Sean David Adams,    525 Stonefield Dr,    Smithton, IL 62285-1556
cr            +Anselmo Lindberg & Associates LLC,    1771 W Diehl Rd Ste 120,    Naperville, IL 60563-4917
jtdb         #+Kasandra Jeanette Adams,    525 Stonefield Dr,    Smithton, IL 62285-1556
cr            +US Bank National Association, as Trustee for SASCO,    Andrew J. Cecere President,
               425 Walnut St,    Cincinnati, OH 45202-3956

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:
              Kathryn A Klein    on behalf of Creditor    Vantage Credit Union rb_bank@riezmanberger.com,
               riezmanberger@gmail.com
              Robert E Eggmann    reetrustee@carmodymacdonald.com,
               MO44@ecfcbis.com;reggmann@ecf.epiqsystems.com;ala@carmodymacdonald.com;emr@carmodymacdonald.com;r
               ee@trustesolutions.net;jab@carmodymacdonald.com
              Ronald Allan Buch    on behalf of Debtor Sean David Adams Belleville@tbcwam.com,
               G38416@notify.cincompass.com
              Ronald Allan Buch    on behalf of Joint Debtor Kasandra Jeanette Adams Belleville@tbcwam.com,
               G38416@notify.cincompass.com
              United States Trustee    USTPRegion10.es.ecf@usdoj.gov
                                                                                             TOTAL: 5